UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

In re                                      )        Chapter 7
  ALLAN G. & DEBORAH A. CORMIER )        Case No. 09-44865-hjb
SSNs xxx-xx-1262 & xxx-xx-1500             )
  Joint Debtors                       )

MOTION TO INCUR DEBT FOR CAR PURCHASE

The Debtors move this honorable court for leave *nunc pro tunc* to incur debt in the amount of $5,400.00, payable in 36 equal monthly installments of $150 each beginning March 25, 2010, to finance the purchase of a replacement car.

FACTS

1. The Debtors commenced this joint case on November 13, 2009. They filed a Chapter 13 Plan on November 17. The plan has not yet been confirmed.

2. In the Debtors's schedules, they listed $700 in transportation expenses, which included an allowance for frequent and expensive repairs of their two used cars—a 1998 Ford Taurus and a 2001 Ford Taurus.

3. In January, the Debtors learned that the 1998 vehicle has such massive rust that it cannot economically be repaired.

4. On February 11, 2010, the Debtors purchased a 2002 Dodge Caravan for $5,000.00 [Ex. A] using funds borrowed from Donna Cormier, a relative [Ex. B]. Their obligation to Donna Cormier is unsecured and non-negotiable.

5. The Debtors misunderstood the instructions of their attorney that advance approval by the court was required before incurring new debt. By way of mitigation, they

aver that each of them needs a car to commute to work and that they did not understand that an emergency motion could have been filed on their behalf.

6.  The Debtors anticipate no net change in the budget shown on their filed Schedule J, in that the $150 payment on the loan is approximately the amount they budgeted for ongoing repairs to the scrapped Taurus.

## RELIEF REQUESTED

WHEREFORE the Debtors request that the court *nunc pro tunc* approve their purchase of the 2002 Caravan and the financing of that purchase by the note to Donna Cormier.

Dated: February 25, 2010

                                  ALLAN G. & DEBORAH A. CORMIER,
                                      by their attorney,

/s/ Walter Oney
Walter Oney (BBO # 379795)
267 Pearl Hill Rd.
Fitchburg, MA 01420
Tel.: 978-343-3390
Fax: 978-343-3397
Walter.Oney@oneylaw.com

## CERTIFICATE OF SERVICE

I state on information and belief that the court will transmit a Notice of Electronic Filing relative to this document electronically to the persons and parties listed below as being served electronically and that such transmittal will, pursuant to Electronic Filing Rule 9(a), constitute service hereof on such persons and parties. I certify that I served this document on the persons and parties listed below as being served by mail by mailing a copy of this document, including this Certificate of Service, via prepaid first-class mail to the indicated address.

**Persons and Parties served electronically:**

Richard King
USTPRegion01.WO.ECF@USDOJ.GOV

Paul J. Mulligan on behalf of Creditor GMAC Mortgage, LLC
bankruptcy@orlansmoran.com, amendralla@orlansmoran.com

Denise M. Pappalardo
denisepappalardo@ch13worc.com, paper@mab.uscourts.gov

Julie A. Ranieri on behalf of Creditor American Home Mortgage Servicing Inc.
bankruptcy@kordeassoc.com

**Persons and Parties served by mail:**

(None)

Dated: February 25, 2010

/s/ Walter Oney

# EXHIBIT A

# MIKES' IMPORT AUTO SALES of HOOKSETT, INC.
### Fine Used Cars & Trucks
196 Londonderry Turnpike • Hooksett, NH 03106  627-5800 • FAX 627-8855

**Bill of Sale**

BY AND BETWEEN

AND __Allan and Deborah Cormier__ hereinafter designated "Purchaser"
PURCHASER'S NAME

of __167 Ellis St. Fitchburg MA 01420__
ADDRESS     CITY     STATE

"The above named seller agrees to sell the hereinafter mentioned and described automobile and the above named purchaser agrees to purchase said automobile upon the following conditions, it being agreed by both parties hereto that this contract embodies all terms and conditions of sale."

D.O.B. 6-22-55  3-31-59     Phone # 369-0645

| YEAR | MAKE AND TYPE OF CAR | MODEL | SERIAL NO. OR IDENTIFICATION NO. |
|---|---|---|---|
| 2002 | Dodge | Caravan | 2B8GP44392R571335 |

| | | | | |
|---|---|---|---|---|
| Cash Price of Car | $ 5000 | Cash on Delivery of Car | $ | |
| Less Trade in Allowance | $ | Cash on Account with order | $ | |
| Make | 4900 | Balance | $ | |
| Motor No. | 100 | FINANCE CHARGE   %PER YEAR | $ | |
| Serial No. C/C | | Includes | | |
| Total | $ | Insurance | | |
| | $ | | | |
| Documentary Fee | $ | Total Balance | $ | |
| Sales Tax | $ | Payable at rate of $ | per month for | months |
| Total Cash Price | $ | to | | |

Remarks: Sold w/ inspection 30 day plate

"The purchaser agrees to pay the seller the sum of $ __5000__ on delivery of this agreement, receipt of which is hereby acknowledged, and to pay to the seller the balance due on or before __2-12__ 20 __10__ or purchaser hereby agrees to forfeit said amount to the seller as and for liquidated damage for his breach. Title will not pass to purchaser until payment in full has been made. If final payment is made by check, title will not pass until check is paid." The purchaser certifies that he is twenty-one years of age and has full legal capacity to enter into this agreement, and that the car he is trading in is free and clear of all encumbrances whatsoever.

Dated __2-11__ 20 __10__

**Final Settlement of Bill Must Be in Cash or Certified Check**

Sold subject to approval of an Executive of the Company

Delivery Accepted __2-11__ 20 __10__

Accepted for MIKES' IMPORT AUTO SALES

By __[signature]__

Purchaser's Signature __[signatures]__

P/U Friday 9:00

# EXHIBIT B

February 11, 2010

## Promissory Note

Allan G. Cormier & Deborah A. Cormier promise to pay Donna Cormier $5,400.00 in 36 equal monthly installments of $150.00 beginning March 25, 2010 and continuing on the twenty-fifth day of each subsequent month until paid in full.

This is an unsecured loan and is non-negotiable.

Signed,

Allan G Cormier   *[signature: Allan G Cormier]*

Deborah A Cormier   *[signature: Deborah A Cormier]*