UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

In re Allan & Deborah Cormier                    Case No. 09-44865-hjb

                                                 Chapter 13

## MOTION TO APPROVE

Now come(s) the Debtor(s) and move this honorable court to approve the following
documents, filed contemporaneously herewith:

☐ Amended Schedules          , together with related summaries.

☐ Amended Statement of Financial Affairs.

☒ SecondAmended Chapter 13 Plan.

Dated: September 8, 2010

                              ALLAN & DEBORAH CORMIER,
                                by his/her/their attorney

                              /s/ Walter Oney

                              Walter Oney (BBO # 379795)
                              267 Pearl Hill Road
                              Fitchburg, MA 01420
                              Tel.: 978-343-3390
                              Fax: 978-343-3397